IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

JUAN PABLO MONTOYA and
CONNIE FREYDELL,  Case No.  1:12-cv-22742-CMA

    Petitioners,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## NOTICE OF STRIKING EXHIBIT E TO PETITION TO QUASH SUMMONS (Docket#1)

Petitioners, Juan Pablo Montoya and Connie Freydell, hereby give notice of striking Exhibit E to the Petition to Quash Summons to HSBC USA, NA and Helm Bank (Docket#1).

Respectfully submitted,

BARNETT, BOLT, KIRKWOOD,
LONG & MCBRIDE

/s/ Amy E. Stoll
Amy E. Stoll
Florida Bar No. 150959
Jennifer Murphy
Florida Bar No.  429724
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606
Telephone (813) 253-2020
Fax (813) 251-6711

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 27th day of July 2012, via U.S. Mail, on the following parties:

United States of America
Eric H. Holder, Jr., Attorney General of United States
Office of Attorney General
950 Pennsylvania Avenue NW
Washington, DC 30530-0001

Carlo Tarrago, Revenue Agent
Internal Revenue Service
7850 SW 6th Court
Stop# 4522CT
Plantation, Florida 33324

Terry Davis, Supervisory Internal Revenue Agent
Internal Revenue Service
51 SW 1st Ave
Stop #4426
Miami, Florida 33130

HSBC USA NA, Legal Paper Processing
One HSBC Center 12th Floor
Buffalo, NY 14203

Helm Bank USA
999 Brickell Avenue
Miami, Florida 33131

/s/ Amy E. Stoll
Attorney

#612347/M841.24585

2